# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00169-CV

### Patricia Jane Everett, Individually and as Executrix of the Estate of Jane T. Everett, Deceased, Appellant

### v.

### The State of Texas, Appellee

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. D-1-GV-06-001909, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Patricia Jane Everett, Individually and as Executrix of the Estate of Jane T. Everett, Deceased, has filed an unopposed motion to dismiss her appeal. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal.

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Henson

Dismissed on Appellant's Motion

Filed: June 13, 2007